## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

JAMES LYNN GARRETT and   )
SHANNON MARIE GARRETT   )
             )
   Plaintiffs,     )
             )
   v.       )   **Case No. 07 C 6882**
             )
             )   **Judge Guzman**
THE ILLINOIS STATE     )
TOLL HIGHWAY AUTHORITY,  )   **Magistrate Judge Cox**
FREDDY DICKERSON, MARIO  )
CALABRESE, PAUL EDWARD  )
GONZALEZ, JOHN BENDA,   )
DONALD J. McLENNAN, STEVEN )
T. MUSSER, and MICHAEL ZADEL )
             )
   Defendants    )

## DEFENDANT'S MOTION TO DISMISS

Now come the defendants, the ILLINOIS STATE TOLL HIGHWAY AUTHORITY,

FREDDY DICKERSON, MARIO CALABRESE, PAUL EDWARD GONZALEZ, JOHN

BENDA, DONALD J. McLENNAN, STEVEN T. MUSSER, and MICHAEL ZADEL, by their

attorney, LISA MADIGAN, Attorney General of the State of Illinois, and LARRY R. WIKOFF

and TIFFANY I. BOHN, Assistant Attorneys General, and move this Honorable Court, pursuant

to Illinois Code of Civil Procedure, Section 2-619(a)(3), [735 ILCS 5/2-619 (a)(3)] West 2008,

to dismiss this action or in the alternative to abstain from exercising jurisdiction and to hold the

matter in abeyance and stay all proceedings pursuant to the Colorado River[1] doctrine of

abstention based upon the fact that  there are currently pending parallel actions in the Circuit

---

[1] Colorado River Water Conservation Dist. v. United States, 424 U.S. 800 (1976).

2

Court of Cook County, Illinois which involve substantially the same parties, facts, legal issues,

and which arise out of the same occurrence.


LISA MADIGAN,                                       Respectfully submitted,
Attorney General State of Illinois                  Illinois State Toll Highway Authority


                                                    _____
                                                    Larry R. Wikoff,
                                                    Assistant Attorney General
                                                    Attorney for Defendants


Larry R. Wikoff
2700 Ogden Avenue
Downers Grove, IL 60515
(630) 241-6800 x 1505
ARDC No. 3013898

3