## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

James Lynn Garrett, et al.

                                              Plaintiff,

v.                                                         Case No.: 1:07–cv–06882
                                                           Honorable Ronald A. Guzman

Illinos State Toll Highway Authority, et al.

                                              Defendant.

_____


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, February 6, 2008:


        MINUTE entry before Judge Ronald A. Guzman : Status hearing held on
2/6/2008. Motion by Defendants Paul Edward Gonzalez, John Benda, Donald J
McLennan, Steven T Musser, Michael Zadel, Illinos State Toll Highway Authority, Jimmi
Marshall, Freddy Dickerson, Mario Calabrese to dismiss [7] is stricken. Set deadlines as
to motion by Defendants Paul Edward Gonzalez, John Benda, Donald J McLennan,
Steven T Musser, Michael Zadel, Illinos State Toll Highway Authority, Jimmi Marshall,
Freddy Dickerson, Mario Calabrese to dismiss [10] : Response due by 2/20/2008. Reply
due by 3/5/2008. Ruling to be by mail. Plaintiff's previously filed response [12] to motion
to dismiss is withdrawn. Defendant's oral motion to amend motion to dismiss on its face is
granted as stated in open court. Mailed notice(cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.