**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **JAMES LYNN GARRETT and** | ) | |
| **SHANNON MARIE GARRETT** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 07 C 6882** |
| | ) | |
| | ) | **Judge Guzman** |
| **THE ILLINOIS STATE** | ) | |
| **TOLL HIGHWAY AUTHORITY,** | ) | **Magistrate Judge Cox** |
| **JIMMI MARSHALL,** | ) | |
| **FREDDY DICKERSON, MARIO** | ) | |
| **CALABRESE, PAUL EDWARD** | ) | |
| **GONZALEZ, JOHN BENDA,** | ) | |
| **DONALD J. McLENNAN, STEVEN** | ) | |
| **T. MUSSER, and MICHAEL ZADEL** | ) | |
| | ) | |
| **Defendants** | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, LARRY R. WIKOFF, hereby certify that I served the BRIEF IN SUPPORT OF

MOTION TO DISMISS on John M. Dugan, John M. Dugan & Associates, Attorney for the

plaintiffs, by CM/ECF e-filing on February 7, 2008.


This 7th day of February 2008

LISA MADIGAN,                                    Respectfully submitted,
Attorney General State of Illinois               Illinois State Toll Highway Authority

                                                 _____
                                                 Larry R. Wikoff, ARDC #3013898
                                                 Assistant Attorney General
                                                 Attorney for Defendants

Larry R. Wikoff
2700 Ogden Avenue
Downers Grove, IL 60515
(630) 241-6800 x 1505
ARDC No. 3013898