IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES LYNN GARRETT and SHANNON MARIE GARRETT | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 07 C 6882 |
| | ) ) | Judge Guzman |
| THE ILLINOIS STATE TOLL HIGHWAY AUTHORITY, JIMMI MARSHALL, FREDDY DICKERSON, MARIO CALABRESE, PAUL EDWARD GONZALEZ, JOHN BENDA, DONALD J. McLENNAN, STEVEN T. MUSSER, and MICHAEL ZADEL | ) ) ) ) ) ) ) ) ) | Magistrate Judge Cox |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, TIFFANY I. BOHN, hereby certify that I served the REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS on filing user JOHN M. DUGAN of John M. Dugan and Associates, Attorney for the plaintiffs, by ECF on March 3, 2008.

LISA MADIGAN,
Attorney General State of Illinois

Respectfully submitted,
Illinois State Toll Highway Authority

_____
Tiffany I. Bohn,
Assistant Attorney General
Attorney for Defendants

Tiffany I. Bohn
Illinois State Toll Highway Authority
2700 Ogden Avenue
Downers Grove, IL 60515
(630) 241-6800 x 1525
ARDC No. 6285774

Tiffany I. Bohn
Illinois State Toll Highway Authority
2700 Ogden Avenue
Downers Grove, IL 60515
(630) 241-6800 x 1525
ARDC No. 6285774