**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

James Lynn Garrett, et al.
                                   Plaintiff,

v.                                                 Case No.: 1:07−cv−06882
                                                 Honorable Ronald A. Guzman

Illinos State Toll Highway Authority, et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 2, 2008:

     MINUTE entry before the Honorable Ronald A. Guzman:Status hearing held on 6/2/2008 Defendants' counterclaim to be filed on or before 7/2/08. Plaintiffs' response due 8/15/08. Court adopts proposed discovery plan as stated in open court. Rule 26(a)(1) disclosures by 6/27/08. All discovery ordered closed by 12/8/2008. Dispositive motions due by 10/30/2008. Response due 11/30/08. Reply due 12/30/08. Status hearing set for 12/8/2008 at 09:30 AM. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.