Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6882 | **DATE** | 6/3/2008 |
| **CASE TITLE** | JAMES LYNN GARRETT, et al vs. ILLNOIS STATE TOLL HIGHWAY AUTHORITY, et al | | |

**DOCKET ENTRY TEXT**

Enter order referring this matter to the Executive Committee for reassignment.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|