IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| James Lynn Garrett and Shannon Marie Garrett, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 07 cv 6882 |
| v. | ) ) | Judge Ronald A. Guzmán |
| Illinois State Toll Highway Authority et al., | ) ) ) ) | |
| Defendants. | | |

## ORDER

Subsequent to the last hearing the Court has become conscious of the fact that there exists what some might consider a possible source of conflict between the Court and the Illinois State Toll Highway Authority, defendants in this case. Although the source of possible conflict has absolutely nothing to do with the facts of this case and is not even remotely related, the Court is sensitive to its duty to avoid taking part in any proceedings in which its impartiality might reasonably be questioned. 28 U.S.C. § 455(a). In order to avoid the possibility that some impartial observer could, under the circumstances, question the Court's ability to be fair, it seems best to us to err on the side of caution in this proceeding. For this reason this court hereby disqualifies itself under 28 U.S.C. §455(a) from these proceedings. The matter is referred to the Executive Committee for reassignment.

Dated: June 3, 2008

**SO ORDERED**                               **ENTER:**

*[signature]*

RONALD A. GUZMÁN
District Judge