IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES LYNN GARRETT and SHANNON MARIE GARRETT | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 07 C 6882 ) ) Judge Guzman |
| THE ILLINOIS STATE TOLL HIGHWAY AUTHORITY, JIMMI MARSHALL, FREDDY DICKERSON, MARIO CALABRESE, PAUL EDWARD GONZALEZ, JOHN BENDA, DONALD J. McLENNAN, STEVEN T. MUSSER, and MICHAEL ZADEL | ) ) Magistrate Judge Cox ) ) ) ) ) ) ) |
| Defendants | ) |

## CERTIFICATE OF SERVICE

I, LARRY R. WIKOFF, hereby certify that I served the DEFENDANTS' ANSWER TO COMPLAINT AT LAW on John M. Dugan, John M. Dugan & Associates, Attorney for the plaintiffs, by CM/ECF e-filing on June 5, 2008.

This 5th day of June 2008

LISA MADIGAN,
Attorney General State of Illinois

Respectfully submitted,
Illinois State Toll Highway Authority

/s Larry R. Wikoff_____
Larry R. Wikoff, ARDC #3013898
Assistant Attorney General
Attorney for Defendants

Larry R. Wikoff
2700 Ogden Avenue
Downers Grove, IL 60515
(630) 241-6800 x 1505
ARDC No. 3013898