# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

James Lynn Garrett, et al.

                                       Plaintiff,

v.                                                             Case No.: 1:07–cv–06882
                                                             Honorable Milton I. Shadur

Illinois State Toll Highway Authority, et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 19, 2008:

      MINUTE entry before the Honorable Milton I. Shadur: On counsel's representationthe Motion for reconsideration [21] was denied by Judge Guzman on June 2, 2008. Status hearing held on 6/19/2008. Status hearing set for 10/14/2008 at 09:00 AM. This Court orders that the depositions taken in the state court cases will stand as depositions taken in this action.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.