UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

James Lynn Garrett, et al.
                          Plaintiff,

v.                                     Case No.: 1:07–cv–06882
                                     Honorable Milton I. Shadur

Illinois State Toll Highway Authority, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:This Court's June 19 minute order is amended to reflect that the depositions of the individuals deposed in connection with the case of Jimmi Marshall v. James Garrett, et al Illinois State Court Case No. 06 L 647 consolidated with the case of Marissa Lingafelter v. Overnite Transportation Co., et al Illinois State Court Case No. 06 L 1810 shall not be deposed without the agreement of the parties or the approval of this court.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.