## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JAMES LYNN GARRETT and SHANNON MARIE GARRETT | ) ) ) | |
| Plaintiffs, | ) ) | Judge Shadur |
| | ) | Magistrate Judge Cox |
| v. | ) ) | Case No.: 07 C 6882 |
| ILLINOIS STATE TOLL HIGHWAY AUTHORITY, JIMMI MARSHALL, FREDDY DICKERSON, MARIO CALABRESE, PAUL EDWARD GONZALEZ, JOHN BENDA, DONALD J. McLENNAN, STEVEN T. MUSSER, and MICHAEL ZADEL | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:  Larry Richard Wikoff, Esq.
     Assistant Attorney General
     Illinois State Toll Highway Authority
     2700 Ogden Avenue
     Downers Grove, IL 60515-1705
     630-241-6800, EXT 1505
     lwikoff@getipass.com

On August 22, 2008 at 9:15 a.m. the plaintiff, JAMES LYNN GARRETT shall appear before Judge Milton I. Shadur or any Judge sitting in his stead in Room 2303 at the United State District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 and present the PLAINTIFF'S MOTION TO DISMISS THE COUNTERCLAIM OF THE DEFENDANT, ILLINOIS STATE TOLL HIGHWAY AUTHORITY for hearing, instanter.

                                S/John M. Dugan
                                JOHN M. DUGAN
                                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

TO:   Larry Richard Wikoff, Esq.
Assistant Attorney General
Illinois State Toll Highway Authority
2700 Ogden Avenue
Downers Grove, IL 60515-1705
630-241-6800, EXT 1505
lwikoff@getipass.com

I, John M. Dugan, an attorney, certify that a copy of this NOTICE OF MOTION was filed with the Clerk of the Court *Via* the Court's electronic filing system on the 15th day of August 2008. Notice of this filing will be sent to the above listed individuals by operation of the Court's electronic filing system.

          S/John M. Dugan
          JOHN M. DUGAN
          Attorney for Plaintiff

**JOHN M. DUGAN**
**JOHN M. DUGAN & ASSOCIATES**
6114 North Tripp Avenue
Chicago, Illinois 60646
Telephone: 312-576-5313
Facsimile: 773-202-8227
jdattorneyatlaw@msn.com