IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES LYNN GARRETT and SHANNON MARIE GARRETT )<br><br>Plaintiffs, )<br><br>v. )<br><br>)<br>THE ILLINOIS STATE )<br>TOLL HIGHWAY AUTHORITY, )<br>FREDDY DICKERSON, MARIO )<br>CALABRESE, PAUL EDWARD )<br>GONZALEZ, JOHN BENDA, )<br>DONALD J. McLENNAN, STEVEN )<br>T. MUSSER, and MICHAEL ZADEL )<br>)<br>Defendants ) | Case No. 07 C 6882<br><br>Judge Shadur |

## MOTION FOR LEAVE TO FILE AMENDED ANSWER

Now come the defendants, the ILLINOIS STATE TOLL HIGHWAY AUTHORITY, FREDDY DICKERSON, MARIO CALABRESE, PAUL EDWARD GONZALEZ, JOHN BENDA, DONALD J. McLENNAN, STEVEN T. MUSSER, and MICHAEL ZADEL, by their attorney, LISA MADIGAN, Attorney General of the State of Illinois, and LARRY R. WIKOFF and TIFFANY I. BOHN, Assistant Attorneys General, and move this Honorable Court pursuant to Fed. R. Civ. P. 15(2) for leave to file an Amended Answer to Complaint at Law in compliance with L.R. 10.1 and including additional affirmative defenses in a form substantially similar to the attached based upon the fact that the Cook County, Illinois circuit court parallel action has been decided.

| | |
|---|---|
| LISA MADIGAN,<br>Attorney General State of Illinois | Respectfully submitted,<br>Illinois State Toll Highway Authority |
| | _____<br>Tiffany I. Bohn,<br>Assistant Attorney General<br>Attorney for Defendants |

Tiffany I. Bohn
2700 Ogden Avenue
Downers Grove, IL 60515
(630) 241-6800 x 1525
ARDC No. 6285774