IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES LYNN GARRETT and | ) | |
| SHANNON MARIE GARRETT | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6882 |
| | ) | |
| | ) | Judge Shadur |
| THE ILLINOIS STATE | ) | |
| TOLL HIGHWAY AUTHORITY, | ) | |
| FREDDY DICKERSON, MARIO | ) | |
| CALABRESE, PAUL EDWARD | ) | |
| GONZALEZ, JOHN BENDA, | ) | |
| DONALD J. McLENNAN, STEVEN | ) | |
| T. MUSSER, and MICHAEL ZADEL | ) | |
| | ) | |
| Defendants | ) | |

**NOTICE OF MOTION**

To:   John M. Dugan, John M. Dugan & Assoc.
      Attorney for Plaintiffs
      6114 North Tripp Avenue
      Chicago, Illinois 60646
      Telephone: 312-576-5313
      jdattorneyatlaw@msn.com


On September 5, 2008 at 9:15 a.m. the Defendants, the ILLINOIS STATE TOLL HIGHWAY AUTHORITY, JIMMI MARSHALL, FREDDY DICKERSON, MARIO CALABRESE, PAUL EDWARD GONZALEZ, JOHN BENDA, DONALD J. McLENNAN, STEVEN T. MUSSER, and MICHAEL ZADEL, shall appear before Judge Milton I. Shadur or any Judge sitting in his stead in Room 2303 at the United State District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 and present the

DEFENDANTS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT for hearing, instanter.

| | |
|---|---|
| LISA MADIGAN,<br>Attorney General State of Illinois | Respectfully submitted,<br>Illinois State Toll Highway Authority<br><br>/s Tiffany I. Bohn<br>Tiffany I. Bohn,<br>Assistant Attorney General<br>Attorney for Defendants |

Tiffany I. Bohn
Assistant Attorney General
Illinois State Toll Highway Authority
2700 Ogden Avenue
Downers Grove, IL 60515
(630) 241-6800 x 1525
tbohn@getipass.com
ARDC No. 6285774

2