IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES LYNN GARRETT and <br> SHANNON MARIE GARRETT <br> <br> **Plaintiffs,** <br> <br> v. <br> <br> <br> THE ILLINOIS STATE <br> TOLL HIGHWAY AUTHORITY, <br> FREDDY DICKERSON, MARIO <br> CALABRESE, PAUL EDWARD <br> GONZALEZ, JOHN BENDA, <br> DONALD J. McLENNAN, STEVEN <br> T. MUSSER, and MICHAEL ZADEL <br> <br> **Defendants** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 07 C 6882 <br> ) <br> ) Judge Shadur <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF MOTION

To:  John M. Dugan, John M. Dugan & Assoc.
Attorney for Plaintiffs
6114 North Tripp Avenue
Chicago, Illinois 60646
Telephone: 312-576-5313
jdattorneyatlaw@msn.com


On September 5, 2008 at 9:15 a.m. the Defendants, the ILLINOIS STATE TOLL

HIGHWAY AUTHORITY, JIMMI MARSHALL, FREDDY DICKERSON, MARIO

CALABRESE, PAUL EDWARD GONZALEZ, JOHN BENDA, DONALD J. McLENNAN,

STEVEN T. MUSSER, and MICHAEL ZADEL, shall appear before Judge Milton I. Shadur or

any Judge sitting in his stead in Room 2303 at the United State District Court for the Northern

District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 and present the

2

DEFENDANTS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT for hearing, instanter.

| | |
|---|---|
| LISA MADIGAN,<br>Attorney General State of Illinois | Respectfully submitted,<br>Illinois State Toll Highway Authority<br><br>/s Tiffany I. Bohn<br>Tiffany I. Bohn,<br>Assistant Attorney General<br>Attorney for Defendants |

Tiffany I. Bohn
Assistant Attorney General
Illinois State Toll Highway Authority
2700 Ogden Avenue
Downers Grove, IL 60515
(630) 241-6800 x 1525
tbohn@getipass.com
ARDC No. 6285774

2