IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES LYNN GARRETT and<br>SHANNON MARIE GARRETT | )<br>)<br>) | |
| **Plaintiffs,** | )<br>) | |
| v. | )<br>)<br>) | Case No. 07 C 6882 |
| | ) | Judge Shadur |
| THE ILLINOIS STATE<br>TOLL HIGHWAY AUTHORITY,<br>FREDDY DICKERSON, MARIO<br>CALABRESE, PAUL EDWARD<br>GONZALEZ, JOHN BENDA,<br>DONALD J. McLENNAN, STEVEN<br>T. MUSSER, and MICHAEL ZADEL | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| **Defendants.** | ) | |

**CERTIFICATE OF SERVICE**

To:  John M. Dugan, John M. Dugan & Assoc.
Attorney for Plaintiffs
6114 North Tripp Avenue
Chicago, Illinois 60646
Telephone: 312-576-5313
jdattorneyatlaw@msn.com

 I, Tiffany I. Bohn, an attorney, certify that a copy of this NOTICE OF MOTION was filed with the Clerk of the Court via the Court's electronic filing system on the 2nd day of September, 2008. Notice of this filing will be sent to the above listed individual by operation of the Court's electronic filing system.

                /s Tiffany I. Bohn
                Tiffany I. Bohn
                Assistant Attorney General
                Attorney for Defendants

Tiffany I. Bohn
Assistant Attorney General
Illinois State Toll Highway Authority
2700 Ogden Avenue
Downers Grove, IL 60515
(630) 241-6800 x 1525
tbohn@getipass.com
ARDC No. 6285774