**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

James Lynn Garrett, et al.
                                        Plaintiff,

v.                                      Case No.: 1:07−cv−06882
                                        Honorable Milton I. Shadur

Illinois State Toll Highway Authority, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 5, 2008:

    MINUTE entry before the Honorable Milton I. Shadur:Status hearing held on 9/5/2008. Defendant's Amendment to the Answer and Motion for Summary Judgment is to be filed on or before September 26, 2008. Plaintiff's response is due October 17, 2008. The October 14 status date is vacated.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.