## VERDICT FORM A

We, the jury, find for Marisssa Lingafelter, as special administrator of the estate of Lewis Lingafelter, Jr., and against the following:

Overnite Transportation Co. and James Garrett:    Yes: __X__ (admitted)

Illinois State Toll Highway Authority:    Yes: _____   No: __X__

and further find the following:

First: we find that the total amount of damages suffered by plaintiff as a proximate result of the occurrence in question is $ __22,520,000__ itemized as follows:

Pecuniary Loss
$ __5,020,000__

Loss of Society
$ __17,500,000__

Second: If you answer yes above as to the Illinois State Toll Highway Authority, then you must apportion damages. Assuming that 100% represents the total combined negligence of all persons or entities whose negligence proximately contributed to Lewis Lingafelter, Jr.'s injuries and/or damages, including Overnite Transportation Company/James Garrett and the Tollway, we find that the percentage of such negligence is assigned as follows:

Overnite Transportation Company and James Garrett: (%)    __100__ percent

The Illinois State Toll Highway Authority: (%)    __0__ percent

TOTAL: (%)    __100__ percent




**EXHIBIT 1**

_____  _____
Foreperson

Melissa DiSalvo  C.A. Myrtle

_____  _____

_____  Jay Jobst
                            _____

_____  Lesa Wilcher
                            _____

_____  _____

Bobby [illegible]  Jaime Ortega
_____  _____

FILED
Law Div.-2307
AUG 26 2008
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

ENTERED
JUDGE DONALD J. SURIANO - 1717
AUG 26 2008
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

## SPECIAL INTERROGATORY NO. 1

Was James Garrett's conduct the sole proximate cause of the accident?

Yes __X__    No _____

_[signature]_
Foreperson

Melissa DiSalvo

_[signature]_ Marilyn Morley (?)

_[signature]_ Rosie Hart (?)

_[signature]_ R. Meray (?)

_[signature]_ Betty Gunde (?)

_[signature]_

C. A. Myitte (?)

_[signature]_ Jay Jolesk (?)

_[signature]_ Lisa Wilcher (?)

_[signature]_

Jaime Ortega

FILED
LAW DIV.-2307
AUG 26 2008
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

ENTERED
JUDGE DONALD J. SURIANO-1717
AUG 26 2008
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

**EXHIBIT 2**

## SPECIAL INTERROGATORY NO. 2

Was the Tollway's conduct a proximate cause of the accident?

Yes _____   No __X__

_[signature]_ Donald Gordon
Foreperson

_[signature]_ Melissa DiSalvo

_[signature]_ Marilyn M___

_[signature]_ Rosie ___

_[signature]_ L. M___

_[signature]_ ___

_[signature]_

_[signature]_ C. A. Myrtle

_[signature]_ Jay ___

_[signature]_ Lesa Wilcher

_[signature]_

_[signature]_ Jaime Ortega

FILED
Law Div. - 2307
AUG 26 2008
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
COOK COUNTY, IL

ENTERED
JUDGE DONALD J. SURIANO - 1717
AUG 26 2008
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

EXHIBIT 3

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

MARISSA LINGAFELTER, )
individually, and as Special )
Administrator of the Estate of LEWIS )
LINGAFELTER, Jr., Deceased, )
        Plaintiffs, )
v. ) 06 L 001810
 )
OVERNITE TRANSPORTATION )
COMPANY, JAMES GARRETT, )
ILLINOIS STATE TOLL HIGHWAY )
AUTHORITY, UNITED PARCEL )
SERVICE, INC., UNITED PARCEL )
SERVICE CO., )
        Defendants. )

### VERDICT FORM B

The Court being fully apprised of the jury's findings on Verdict Form A in the above-captioned lawsuit relating to 1) the claims of Plaintiff against Overnite Transportation Company, James Garrett and the Illinois State Tollway Authority; 2) the counterclaim for contribution of Overnite Transportation Company and James Garrett and 3) the counterclaim for contribution by the Illinois State Toll Highway Authority enters finding of law and fact relating to the property damage counterclaim of the Illinois State Toll Highway Authority against James Garrett and Overnite Transportation Company as follows:

A.   The Illinois State Toll Highway Authority sustained pecuniary property damages as a result of the occurrence on 12/6/2005 in the amount of SEVENTY THOUSAND FIVE HUNDRED THIRTY EIGHT DOLLARS AND NINETY SEVEN CENTS;

B.   The Court apportions fault among the parties as follows:

James Garrett and Overnite Transportation Company ____100____ %;

The Illinois State Tollway Highway Authority ____0____ %

Total ____100____ %



ENTERED
JUDGE DONALD J. SURIANO - 1711
AUG 28 2008
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

FILED
Law Div. - 2307
AUG 26 2008
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

**EXHIBIT 4**

C.   The Court finds Overnite Transportation Company and James Garrett liable for causing damage to property of the Illinois State Toll Highway Authority in the amount of $ 70,538.⁹⁷





**ORDER**  
CCG N002-300M-2/28/05(43480658)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Marissa Lingafelter as Special Administrator of the Estate of LEWIS LINGAFELTER, JR. deceased

v.

OVERNITE TRANSPORTATION COMPANY, JAMES GARRETT and ILLINOIS STATE TOLL HIGHWAY AUTHORITY

No. 06 L 1810

(margin note: of the Estate of Lewis Lingafelter, Jr.)

### ORDER

This matter coming on for jury trial, all parties have presented their evidence, the jury having been duly instructed, ~~and~~ having deliberated and having rendered their verdict in open court in favor of Marisa Lingafelter as special administrator and against Overnite Transportation Company and James Garrett ~~and lessee~~ in the amount of $22,520,000.00 and also in favor of Illinois State Toll Highway Authority and against Marissa Lingafelter as Special Administrator of the Estate of Lewis Lingafelter, Jr., deceased, Overnite Transportation Company and James Garrett and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Judgment be and hereby ~~rendered~~ is entered on ~~the~~ Verdict Form A and Verdict form B as follows:

1) Judgment be and hereby is entered in favor of the ~~Esta~~ Marissa Lingafelter as Special Administrator of the Estate of Lewis Lingafelter, Jr. in the sum of $22,520,000.00

Atty. No.: ~~45009~~ 40669  
Name: RW Schumacher & John Paton Jr  
Atty. for: Illinois State Toll Highway Authority  
Address: 330 N. Wabash # 2900  
City/State/Zip: Chicago, IL 60611  
Telephone: 312-269-5160

ENTERED:

ENTERED  
JUDGE DONALD J. SURIANO - 1717  
Dated: AUG 26 2008  
DOROTHY BROWN  
CLERK OF THE CIRCUIT COURT  
OF COOK COUNTY, IL  
DEPUTY CLERK

Judge _____ Judge's No. _____

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

page 1 of 2

EXHIBIT 5

**ORDER**  CCG N002-300M-2/28/05(43480658)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Marissa Lingafelter as Special Administrator of the Estate of Lingafelter,

v.   No. 06 L 1810

Overnite Transportation Company, James Garrett and Illinois State Toll Highway Authority

**ORDER**

against Overnite Transportation Company and James Garrett

2) Judgment be and hereby is entered in favor of ILLINOIS STATE TOLL HIGHWAY AUTHORITY AND AGAINST MARISSA LINGAFELTER as Special Administrator of the Estate of Lewis Lingafelter, Jr., deceased on her claim against it;

3) Judgment be and hereby is entered in favor of ILLINOIS STATE TOLL HIGHWAY AUTHORITY ON ITS COUNTERCLAIM AGAINST OVERNITE TRANSPORTATION COMPANY and JAMES GARRETT IN THE STIPULATED SUM OF $10,538.97

4) Judgment be and hereby is entered ~~on~~ in favor of ILLINOIS STATE TOLL HIGHWAY AUTHORITY AND AGAINST OVERNITE TRANSPORTATION COMPANY and JAMES GARRETT ON ALL COUNTERCLAIMS FOR CONTRIBUTION

Distribution Order to follow.
Further the Court sayeth naught.

Atty. No.: ~~45699~~ 40669
Name: John Patten Jr.
Atty. for: Tollway
Address: 33 N. Wabash # 2900
City/State/Zip: Chicago, IL 60611
Telephone: 312-261-5160

ENTERED:

Dated: _____
/s/ Donald Suriano
Judge                Judge's No.

**ENTERED**
JUDGE DONALD J. SURIANO - 1717
AUG 26 2008
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

page 2 of 2