IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **JAMES LYNN GARRETT** and **SHANNON MARIE GARRETT** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) ) | Case No. 07 C 6882 |
| | ) | Judge Shadur |
| **THE ILLINOIS STATE TOLL HIGHWAY AUTHORITY, FREDDY DICKERSON, MARIO CALABRESE, PAUL EDWARD GONZALEZ, JOHN BENDA, DONALD J. McLENNAN, STEVEN T. MUSSER, and MICHAEL ZADEL** | ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

To:   John M. Dugan, John M. Dugan & Assoc.
      Attorney for Plaintiffs
      6114 North Tripp Avenue
      Chicago, Illinois 60646
      Telephone: 312-576-5313
      jdattorneyatlaw@msn.com

   I, Tiffany I. Bohn, an attorney, certify that a copy of this AMENDED ANSWER TO COMPLAINT AT LAW was filed with the Clerk of the Court via the Court's electronic filing system on the 15th day of September, 2008. Notice of this filing will be sent to the above listed individual by operation of the Court's electronic filing system.

                                             /s Tiffany I. Bohn
                                             Tiffany I. Bohn
                                             Assistant Attorney General
                                             Attorney for Defendants

Tiffany I. Bohn
Assistant Attorney General
Illinois State Toll Highway Authority
2700 Ogden Avenue
Downers Grove, IL 60515
(630) 241-6800 x 1525
tbohn@getipass.com
ARDC No. 6285774