IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES LYNN GARRETT and<br>SHANNON MARIE GARRETT | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 07 C 6882<br>) |
| | ) Judge Shadur |
| THE ILLINOIS STATE<br>TOLL HIGHWAY AUTHORITY,<br>FREDDY DICKERSON, MARIO<br>CALABRESE, PAUL EDWARD<br>GONZALEZ, JOHN BENDA,<br>DONALD J. McLENNAN, STEVEN<br>T. MUSSER, and MICHAEL ZADEL | )<br>)<br>)<br>)<br>)<br>)<br>) |
| | ) |
| Defendants | ) |

## NOTICE OF FILING

To:   John M. Dugan, John M. Dugan & Assoc.
      Attorney for Plaintiffs
      6114 North Tripp Avenue
      Chicago, Illinois 60646
      Telephone: 312-576-5313
      jdattorneyatlaw@msn.com

Please take notice that the Defendants, the ILLINOIS STATE TOLL HIGHWAY AUTHORITY, JIMMI MARSHALL, FREDDY DICKERSON, MARIO CALABRESE, PAUL EDWARD GONZALEZ, JOHN BENDA, DONALD J. McLENNAN, STEVEN T. MUSSER, and MICHAEL ZADEL, filed the attached DEFENDANTS' MOTION FOR SUMMARY JUDGMENT and DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT with the Clerk of Court of the Northern District of Illinois, Eastern via CM/ECF e-filing on September 15, 2008.

2

| | |
|---|---|
| LISA MADIGAN,<br>Attorney General State of Illinois | Respectfully submitted,<br>Illinois State Toll Highway Authority<br><u>/s Tiffany I. Bohn</u><br>Tiffany I. Bohn,<br>Assistant Attorney General<br>Attorney for Defendants |

Tiffany I. Bohn
Assistant Attorney General
Illinois State Toll Highway Authority
2700 Ogden Avenue
Downers Grove, IL 60515
(630) 241-6800 x 1525
tbohn@getipass.com
ARDC No. 6285774